IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:20-CR-26 (CDL) |
| | : |
| **v.** | : |
| | : |
| WALTER L. HILLMAN | : |
| _____ | : |

## CONSENT ORDER FOR CONTINUANCE

The defendant in the above-styled case was indicted on August 18, 2020, and arraigned on October 26, 2020.  A Pretrial Conference is scheduled for November 17, 2020.

In this case, the Government has represented to the Court that the parties are requesting additional time to conduct pretrial negotiations and discovery.  The Defendant has been released on pretrial bond and consents to the continuance of this case until the Court's March 2021 trial term.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the Court's March, 2021 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. Sect. 3161(c)(1) be extended to that time.

It is also ORDERED that the previously scheduled Pretrial Conference set for November 17, 2020, is cancelled.

It is the Court's finding that the ends of justice [18 U.S.C. Sect. 3161(h)(8)(A)] served by the granting of this continuance outweigh the best interests of the public

and the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. Sect. 3161(h)(8)(B)(i)]; and the failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. Sect. (h)(8)(B)(iv)].

SO ORDERED, this **29th** day of **October, 2020**.

S/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE