**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **WALTER L. HILLMAN** | **Case No.: 4:20-CR-00026-CDL-MSH-1** |

**ORDER ON MOTION FOR CONTINUANCE**

Defendant ***Walter Hillman*** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for August 2, 2021, and continue the trial to the January 2022 jury trial term. The Government does not oppose this motion. Defendant was arraigned on October 26, 2020. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and that these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 28] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's January 2022 trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **20th** day of **July 2021**.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT